UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cr-00231-JRS-DLP |
| DEBRA NICOLE GRIGSBY, | ) | -02 |
| Defendant. | ) | |

## ENTRY SETTING PLEA AND SENTENCING HEARING

Defendant, Debra Nicole Grigsby, has entered a petition to enter a plea of guilty [59] in the above-referenced cause. The plea will be taken and sentencing held on **August 26, 2021 at 1:00 p.m. (EDT)** in Room 307, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Any sentencing memoranda and/or supporting exhibits shall be filed by August 19, 2021.

Date: 6/4/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

K. Michael Gaerte
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
michael.gaerte@dentons.com

J. Richard Kiefer
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
richard.kiefer@dentons.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov